AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☑ Original                ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of | ) |
| | ) |
| ONE RESIDENCE UNDER RULE 41 | )    Case No.   25-SW-64 |
| | ) |
| | ) |
| | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of Columbia _____.
*(identify the person or describe the property to be searched and give its location)*:

See Attachment  A-1 (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment  B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before _____ March 27, 2025 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ G. Michael Harvey _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____ 3/13/2025 _____        _____  *Judge's signature*

City and state: _____ Washington, D.C. _____        G. Michael Harvey
                                                                 United States Magistrate Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>25-SW-64 | Date and time warrant executed:<br><br>03/14/2025 at 6:45 a.m. | Copy of warrant and inventory left with:<br><br>Nathan James OBENCHAIN |

Inventory made in the presence of :

Inspector K. Nusbaum

Inventory of the property taken and name(s) of any person(s) seized:

One Apple iPhone

| **Certification** |
|---|

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  03/14/2025

*Peter Dillon*

_____

*Executing officer's signature*

Postal Inspector Peter Dillon

_____

*Printed name and title*